**Cornelia Maribel De Leon DIAZ, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 09–72396.

United States Court of Appeals, Ninth Circuit.

Submitted April 20, 2011.*

Filed May 4, 2011.

Martin Avila Robles, Esquire, Los Angeles, CA, for Petitioner.

John Beadle Holt, Esquire, Luis E. Perez, Senior Litigation Counsel, U.S. Department of Justice, Washington, DC, for Respondent.

Before: RYMER, THOMAS, and PAEZ, Circuit Judges.

MEMORANDUM **

Cornelia Maribel De Leon Diaz, a native and citizen of Guatemala, petitions for review of the Board of Immigration Appeals' ("BIA") order dismissing her appeal from an immigration judge's decision denying asylum and restriction of removal to Guatemala. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen, *Mohammed v. Gonzales,* 400 F.3d 785,

791–92 (9th Cir.2005), and we deny the petition for review.

The BIA did not abuse its discretion in denying De Leon Diaz's motion to reopen because the motion was filed more than six years after the BIA's November 6, 2002, order, *see* 8 C.F.R. § 1003.2(c)(2), and De Leon Diaz failed to establish that she acted with the due diligence required for equitable tolling, *see Iturribarria v. INS,* 321 F.3d 889, 897 (9th Cir.2003) (deadline can be equitably tolled "when a petitioner is prevented from filing because of deception, fraud, or error, as long as the petitioner acts with due diligence").

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.